78,163-02

To: Abel Acosta, Clerk   Court of Criminal Appeals

RE: Parole Review Question:

Fm: Jose Molina TDCJ # 1808941

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 0 8 2015

Abel Acosta, Clerk

Dear Mr Acosta

Having Filed a writ of habeas Corpus

Trial Case No. D-1-DC-12-904008-A

CCA No. WR-78,163-02

I am up for Review for Parole, will This writ of habeas Corpus in Anyway Affect my Chances for getting a Review for Parole? OR is my writ of habeas Corpus precluding my Chances by Placing my File on Hold Pending Court Decision?

Respectfully Submitted
Jose Molina #1808941
Segovia Unit
1201 E' El Cibolo Rd
Edinburg, TX 78542